SLARSKEY LLC
Renee B. Bea (SBN 268807)
rbea@slarskey.com
767 Third Avenue, 14th Floor
New York, NY 10017
Telephone: (212) 658-0661

DORSEY & WHITNEY LLP
J. Michael Keyes (SBN 262281)
keyes.mike@dorsey.com
Jeremy R. Larson (WSBA No. 22125)
larson.jake@dorsey.com
701 Fifth Avenue, Suite 6100

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Edward Taylor Sittler, Quatsch Revocable Trust u/a April 20, 2020, as amended, and Quatsch Investments, LLC,<br><br>Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>Crescent Cove Opportunity Lending, LLC, Crescent Cove Opportunity Lending B, LLC, Crescent Cove Capital II, LP,<br><br>Defendants and Counterclaim-Plaintiffs. | Case No. 3:24-cv-00402-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE SCHEDULE** |

Plaintiffs and Counterclaim-Defendants Edward Taylor Sittler, Quatsch Revocable Trust u/a April 20, 2020, as amended, and Quatsch Investments, LLC ("Plaintiffs") and Defendants and Counterclaim-Plaintiffs Crescent Cove Opportunity Lending, LLC, Crescent Cove Opportunity Lending B, LLC, Crescent Cove Capital II, LP ("Crescent Cove"), through their respective attorneys of record herein and without waiving any rights, claims, or defenses they have in this action, enter into this Stipulation to modify the case schedule and request that the Court grant the [Proposed] Order herein pursuant to Civil Local Rule 6-2:

WHEREAS, the current case schedule (Doc. 19) provides for the following deadlines:

- Deadline for Parties to Complete Depositions: October 18, 2024
- Deadline to Disclose Experts (Affirmative Reports): October 31, 2024
- Deadline for Rebuttal Expert Reports: November 22, 2024
- End of Fact Discovery: December 20, 2024
- Deadline to File Dispositive Motions: January 10, 2025
    o Opposition Papers: 60 Days
    o Reply Papers: 30 Days
- Pretrial Conference: To Be Determined
- Trial: To Be Determined;

WHEREAS, the parties have met and conferred and agreed to extend the case schedule to accommodate the parties' counsel's scheduling conflicts due to trial and other proceedings, and to facilitate renewed settlement discussions between the parties;

WHEREAS, the parties have previously stipulated to two time modifications in this case (Doc. 7 and Doc. 13), both of which related to Crescent Cove's time to answer or otherwise respond to the Complaint and predated the Court's April 29, 2024 order entering the current case schedule (Doc. 19);

1     WHEREAS, the parties have agreed to the following modified schedule:

2     ● Deadline for Parties to Complete Depositions: December 6, 2024

3     ● Deadline to Disclose Experts (Affirmative Reports): December 20, 2024

4     ● Deadline for Rebuttal Expert Reports: January 17, 2025

5     ● End of Fact Discovery: February 7, 2025

6     ● Deadline to File Dispositive Motions: February 21, 2025

7         o Opposition Papers: 60 Days

8         o Reply Papers: 30 Days

9     ● Pretrial Conference: To Be Determined

10     ● Trial: To Be Determined

11     WHEREAS, aside from the deadlines outlined above, this extension will not alter or

12 otherwise impact the date of any other event or deadline already fixed by Court order;

*- - - [ this section intentionally left blank ] - - -*

THEREFORE, the parties, through their counsel, hereby stipulate to the modified schedule as described herein.

**IT IS SO STIPULATED.**

Dated: September 27, 2024        */s/ Renee Bea*
Renee Bea

*Attorney for Plaintiffs and Counterclaim-Defendants Edward Taylor Sittler, Quatsch Revocable Trust u/a April 20, 2020, as amended, and Quatsch Investments, LLC*

Dated: September 27, 2024        */s/ Adam Wolfson*
Adam Wolfson

*Attorney for Defendants and Counterlaim-Plaintiffs Crescent Cove Opportunity Lending, LLC, Crescent Cove Opportunity Lending B, LLC, Crescent Cove Capital II, LP*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 27, 2024        Hon. Charles R. Breyer
United States District Judge

-3-

STIPULATION FOR EXTENSION OF TIME