SLARSKEY LLC
Renee B. Bea (SBN 268807)
rbea@slarskey.com
767 Third Avenue, 14th Floor
New York, NY 10017
Telephone: (212) 658-0661

DORSEY & WHITNEY LLP
J. Michael Keyes (SBN 262281)
keyes.mike@dorsey.com
Jeremy R. Larson (WSBA No. 22125)
larson.jake@dorsey.com
701 Fifth Avenue, Suite 6100

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Edward Taylor Sittler, Quatsch Revocable Trust u/a April 20, 2020, as amended, and Quatsch Investments, LLC, | |
| Plaintiffs and Counterclaim-Defendants, | Case No. 3:24-cv-00402-CRB |
| v. | |
| Crescent Cove Opportunity Lending, LLC, Crescent Cove Opportunity Lending B, LLC, Crescent Cove Capital II, LP, | **STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE SCHEDULE** |
| Defendants and Counterclaim-Plaintiffs. | |

STIPULATION FOR EXTENSION OF TIME

Plaintiffs and Counterclaim-Defendants Edward Taylor Sittler, Quatsch Revocable Trust u/a April 20, 2020, as amended, and Quatsch Investments, LLC ("Plaintiffs") and Defendants and Counterclaim-Plaintiffs Crescent Cove Opportunity Lending, LLC, Crescent Cove Opportunity Lending B, LLC, Crescent Cove Capital II, LP ("Crescent Cove"), through their respective attorneys of record herein and without waiving any rights, claims, or defenses they have in this action, enter into this Stipulation to modify the case schedule and request that the Court grant the [Proposed] Order herein pursuant to Civil Local Rule 6-2:

WHEREAS, the current case schedule (Doc. 67) provides for the following deadlines:

- Deadline for Parties to Complete Depositions: December 8, 2025
- Deadline to Disclose Experts (Affirmative Reports): January 6, 2026
- Deadline for Rebuttal Expert Reports: February 5, 2026
- Deadline for Joint Case Management Statement: February 6, 2026
- Case Management Conference: February 13, 2026 @ 8:30 a.m. (PST)
- End of Fact Discovery: February 23, 2026

WHEREAS, since the parties' submission and the Court's endorsement of the most recent Case Management Scheduling Order on or about November 7, 2025 and November 10, 2025, respectively (Docs. 66, 67), the parties have continued to engage in extensive settlement discussions, both with Magistrate Judge Laurel Beeler and separately amongst counsel;

WHEREAS, the parties have reached an agreement in principal to resolve the vast majority of issues related to this litigation and are working toward the completion of written settlement documentation to finalize these agreements;

WHEREAS, the parties have met and conferred and agreed that they believe it makes the most sense to adjourn the aforementioned case management deadlines, with the exception of the

-1-

deadline for Joint Case Management Statement and Case Management Conference, *sine die* to facilitate the parties' counsel's attempts to complete the written settlement documentation;

WHEREAS, the parties have previously stipulated to and/or requested four time modifications in this case (Doc. 7, Doc. 13, Doc. 22, Doc. 62), two of which related to Crescent Cove's time to answer or otherwise respond to the Complaint and two of which related to renewed settlement discussions;

WHEREAS, the parties have agreed to adjourn the aforementioned case management deadlines, with the exception of the deadline for Joint Case Management Statement and Case Management Conference, *sine die* as they continue settlement discussions and to the extent the parties are unable to finalize the written settlement documentations by February 6, 2026 (*i.e.*, the current deadline for the parties' submission of a Joint Case Management Statement), seek alternative case management deadlines from the Court as part of its submission of the Joint Case Management Statement;

WHEREAS, aside from the deadlines outlined above, the adjournment of the aforementioned deadlines will not alter or otherwise impact the date of any other event or deadline already fixed by Court order; and

THEREFORE, the parties, through their counsel, hereby stipulate to the modified schedule as described herein.

**IT IS SO STIPULATED.**

STIPULATION FOR ADJOURNMENT OF CERTAIN DEADLINES

Dated: January 16, 2026

*/s/ Renee Bea*
Renee Bea

*Attorney for Plaintiffs and Counterclaim-Defendants Edward Taylor Sittler, Quatsch Revocable Trust u/a April 20, 2020, as amended, and Quatsch Investments, LLC*

Dated: January 16, 2026

*/s/ Adam Wolfson*
Adam Wolfson

*Attorney for Defendants and Counterlaim-Plaintiffs Crescent Cove Opportunity Lending, LLC, Crescent Cove Opportunity Lending B, LLC, Crescent Cove Capital II, LP*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 16, 2026

Hon. Charles R. Breyer
United States District Judge

-3-