SLARSKEY LLC
Renee B. Bea (SBN 268807)
rbea@slarskey.com
767 Third Avenue, 14th Floor
New York, NY 10017
Telephone: (212) 658-0661

DORSEY & WHITNEY LLP
J. Michael Keyes (SBN 262281)
keyes.mike@dorsey.com
Jeremy R. Larson (WSBA No. 22125)
larson.jake@dorsey.com
701 Fifth Avenue, Suite 6100

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Edward Taylor Sittler, Quatsch Revocable Trust u/a April 20, 2020, as amended, and Quatsch Investments, LLC, <br><br>  Plaintiffs and Counterclaim-Defendants, <br><br>  v. <br><br> Crescent Cove Opportunity Lending, LLC, Crescent Cove Opportunity Lending B, LLC, Crescent Cove Capital II, LP, <br><br>  Defendants and Counterclaim-Plaintiffs. | Case No. 3:24-cv-00402-CRB <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** : ORDER |

Plaintiffs-Counterclaim Defendants Edward Taylor Sittler, Quatsch Revocable Trust u/a April 20, 2020, as amended, and Quatsch Investments, LLC, and Defendants-Counterclaim Plaintiffs Crescent Cove Opportunity Lending, LLC, Crescent Cove Opportunity Lending B, LLC, and Crescent Cove Capital II, LP, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), stipulate that all claims and counterclaims asserted herein, be dismissed with prejudice, without costs or fees to any party, and with all right of appeal being hereby waived.

Dated: February 6, 2026

SLARSKEY LLC

By: /s/ Renee B. Bea
  Renee B. Bea
  767 Third Avenue, 14th Floor
  New York, NY 10017
  rbea@slarskey.com

*Attorney for Plaintiffs and Counterclaim-Defendants Edward Taylor Sittler, Quatsch Revocable Trust u/a April 20, 2020, as amended, and Quatsch Investments, LLC*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Adam Wolfson
  Adam Wolfson
  865 S. Figueroa Street, 10th Floor
  Los Angeles, California 90017
  adamwolfson@quinnemanuel.com

*Attorney for Defendants and Counterclaim-Plaintiffs Crescent Cove Opportunity Lending, LLC, Crescent Cove Opportunity Lending B, LLC, and Crescent Cove Capital II, LP*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  February 9, 2026

_____
Hon. Charles R. Breyer
United States District Judge

2

STIPULATION OF DISMISSAL

**E-FILING ATTESTATION**

I, Renee B. Bea, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories identified above have concurred in this filing.

Dated: February 6, 2026

3